**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Transit Physical Therapy PC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Transit Physical Therapy** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5006275** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**275 West Hospitality Lane, Suite 103**<br>**San Bernardino, CA 92408**<br>Number, Street, City, State & ZIP Code<br><br>**San Bernardino**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **transitphysicaltherapy.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Transit Physical Therapy PC**
Name

Case number (if known)

---

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

6213

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

---

Debtor   **Transit Physical Therapy PC**                                           Case number (*if known*) _____
     Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **Transit Physical Therapy PC**                          Case number (if known)
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Transit Physical Therapy PC**                    Case number (*if known*)
Name

---

███    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  3/20/23
            MM / DD / YYYY

X _____    **Mitree Michael Piromgraipakd**
Signature of authorized representative of debtor    Printed name

Title    **President**

---

| | |
|---|---|
| **18. Signature of attorney** | X _____    Date  3/20/23 |
| | Signature of attorney for debtor              MM / DD / YYYY |

**Todd Turoci 160059**
Printed name

**THE TUROCI FIRM**
Firm name

**3845 Tenth Street**
**Riverside, CA 92501**
Number, Street, City, State & ZIP Code

Contact phone    **(888) 332-8362**    Email address    **mail@theturocifirm.com**

**160059 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Transit Physical Therapy PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/20/23**    X _____
Signature of individual signing on behalf of debtor

**Mitree Michael Piromgraipakd**
Printed name

**President**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name | **Transit Physical Therapy PC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America** **PO Box 660441** **Dallas, TX** **75266-0441** | 800-673-1044 | **Business Expenses** | | | | $64,705.00 |
| **Bank of America** **PO Box 660441** **Dallas, TX** **75266-0441** | 800-673-1044 | **Credit Card** | | | | $37,673.00 |
| **Canlas, Justin** **11571 Aberdare Street** **Loma Linda, CA 92354** | | **Pre-petition Wages** | | | | $3,040.00 |
| **Chen, Hsien-Ying** **6712 Homan Street** **Chino, CA 91710** | | **Pre-petition Wages** | | | | $3,600.00 |
| **DeGuzman, Jr, Abraham A** **11547 Pembroke Street** **Loma Linda, CA 92354** | | **Pre-petition Wages** | | | | $2,800.00 |
| **Downey, Tresa L** **15920 Pomona Rincon Rd, #6004** **Chino Hills, CA 91709** | | **Pre-petition Wages** | | | | $2,960.00 |
| **Everest Business Funding** **8200 NW 52 Terrace, Fl. 2** **Miami, FL 33166** | collectionsmgt@ev -bf.com 800-619-2943 | Loan | **Disputed** | $350,000.00 | $2,700,328.00 | $350,000.00 |
| **Howenstein, Briana M** **25991 Newport Ave** **Loma Linda, CA 92354** | | **Pre-petition Wages** | | | | $2,736.00 |

Debtor   **Transit Physical Therapy PC**                                        Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Itria Ventures, LLC One Penn Plaza, Suite 3101 New York, NY 10119 | | All Assets | Disputed | $400,000.00 | $2,700,328.00 | $365,858.00 |
| Khaleghifar, Mohammad 7779 Sweet Ranch Circle Riverside, CA 92507 | | Pre-petition Wages | | | | $4,639.99 |
| Martin, Jeandra S 11272 San Juan Street Apt B Loma Linda, CA 92354 | | Pre-petition Wages | | | | $3,600.00 |
| Odabe, Carolyn C 26491 Cornell Street Loma Linda, CA 92354 | | Pre-petition Wages | | | | $3,600.00 |
| Olloqui, Eric 2930 W Rialto Avenue Spc 32 Rialto, CA 92376 | | Pre-petition Wages | | | | $2,713.60 |
| Ong, Justin Henry K 401 Santa Cruz Road Arcadia, CA 91007 | | Pre-petition Wages | | | | $2,800.00 |
| Patterson, Paula J 8940 Hamilton Street Rancho Cucamonga, CA 91701 | | Pre-petition Wages | | | | $3,840.00 |
| Seamless Capital Group LLC c/o Boris Yankovich, Esq. 17 State Street, Suite 4000 New York, NY 10004 | Avi Dahan avi@seamlesscapitalgroup.com 917-200-5499 | Loan | Disputed | $392,088.00 | $2,700,328.00 | $392,088.00 |
| Stock, Allyson K 1400 Barton Rd, Apt #2710 Redlands, CA 92373 | | Pre-petition Wages | | | | $3,360.00 |
| Toole, Chelsea A 18345 Evening Primrose Lane San Bernardino, CA 92407 | | Pre-petition Wages | | | | $3,180.00 |

Debtor   **Transit Physical Therapy PC**                                Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Attn: So Cal Legal Unit 330 North Brand Boulevard, Suite 12 Glendale, CA 91203-2304** | | **Civil Unrest Loan** | | | | $80,000.00 |
| **US Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258** | | **3 leased MX-3571 Copiers** | | $19,224.00 | $3,000.00 | $16,224.00 |

## United States Bankruptcy Court
### Central District of California

In re    **Transit Physical Therapy PC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/20/2023

Signature
Mitree Michael Piromgraipakd

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Riverside, CA** _____ , California.

Date:  _3/20/2023_

Mitree Michael Piromgraipakd
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1               **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Transit Physical Therapy PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................    $      0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................    $      2,700,328.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.....................................................................    $      2,700,328.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      3,827,498.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $      137,361.19

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      182,378.00

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $      4,147,237.19

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Transit Physical Therapy PC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Location: Bank of America** | **Business Checking** | 5032 | $100.00 |
| 3.2.   **Location: Bank of America** | **Business Checking** | 8827 | $100.00 |
| 3.3.   **Location: Bank of America** | **Business Checking** | 2326 | $76,218.00 |
| 3.4.   **Location: Wells Fargo Bank** | **Business Checking** | 4587 | $98,000.00 |

**4.    Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.   **Expected Employee Retention Credit Tax Refund from the IRS** | $400,000.00 |

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $574,418.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

Debtor    **Transit Physical Therapy PC**    Case number *(If known)* _____
_____
Name

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit Fontana Sierra Lakes Lease** | $9,505.00 |
| 7.2. | **Security Deposit Loma Linda Lease** | $3,774.00 |
| 7.3. | **Security Deposit Rialto Lease** | $0.00 |
| 7.4. | **Security Deposit Riverside Latham Street Lease** | $1,997.00 |
| 7.5. | **Security Deposit Riverside Market Street Lease** | $0.00 |
| 7.6. | **Security Deposit San Bernardino Lease Suite 100** | $21,150.00 |
| 7.7. | **Security Deposit San Bernardino Lease Suite 103** | $2,345.00 |
| 7.8. | **Security Deposit San Bernardino Lease Suite 102** | $1,994.00 |
| 7.9. | **Security Deposit West Covina Lease** | $12,254.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.     **Total of Part 2.**                                           $53,019.00
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.     **Accounts receivable**

| Debtor | **Transit Physical Therapy PC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 11a. 90 days old or less: | **2,200,289.00** | - | **440,058.00** = .... | **$1,760,231.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **887,219.00** | - | **775,217.00** =.... | **$112,002.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,872,233.00**

---

Part 4:    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

Part 5:    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

Part 7:    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| **General description** | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **40 Desks, 120 Office Chairs, 30 Metal Carts, 6 File Cabinets, 6 Refrigerators, 8 Microwaves, 7 Washer/Dryer Combo, 8 Coffee/Lunch Tables, 5 Couches, 40 Waiting Room Chairs, and 25 Indoor Plants** | **$50,000.00** | **Comparable sale** | **$24,525.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **40 Desktop Computers, 60 Chromebook Laptops, 15 Printers, 40 Computer Monitors, 26 Televisions, 4 Coffee Machines, 6 Water Dispensers, 30 Staplers, 5 First Aid Kits, and 10 Paper Shredders** | **$60,000.00** | **Comparable sale** | **$19,355.00** |

Debtor    **Transit Physical Therapy PC**                                    Case number *(If known)*
Name

| 3 leased MX-3571 Copiers | $14,000.00 | Comparable sale | $3,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              $46,880.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.  2022 Jeep Grand Wagoneer | $100,000.00 | Comparable sale | $82,158.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Physical Therapy Equipment & Machines
     18 Treatment Tables, 28 Treatment Tables
     Hi/Lo, 7 Large Treatment Tables, 4 Large
     Treatment Tables Hi/Lo, 3 Weight Smith
     Machines, 6 Total Gym Machines, 6
     Hydrocollators, 16 Massagers, 20 Electrical
     Stimulators, 20 Physioballs, 20 Foam Rollers,
     1 Parallel Bars, 1 Therapy Staircase, 5
     Treadmills, 8 Recumbent Bikes, 15 Upper Arm
     Bikes, 12 Weights, 6 Paraffin Wax Bath
     Machine, 1 Hoyer Lift, 1 Ball Toss Machine, 3
     Cold Lasers, and 5 Ultrasound Machines,** | $250,000.00 | Comparable sale | $71,620.00 |

51.  **Total of Part 8.**                                                              $153,778.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor   **Transit Physical Therapy PC**                                    Case number *(if known)* _____
         Name

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** transitphysicaltherapy.com | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** Fontana Business License | $0.00 | | $0.00 |
|       Loma Linda Business License | $0.00 | | $0.00 |
|       Rialto Business License | $0.00 | | $0.00 |
|       Riverside Business License | $0.00 | | $0.00 |
|       San Bernardino Business License | $0.00 | | $0.00 |
|       West Covina Business License | $0.00 | | $0.00 |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                                 | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

Debtor    **Transit Physical Therapy PC**                                    Case number *(If known)* _____
          Name

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    __Transit Physical Therapy PC__                    Case number *(If known)* _____
 Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $574,418.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $53,019.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,872,233.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $46,880.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $153,778.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,700,328.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92        $2,700,328.00

| Fill in this information to identify the case: |
|---|

Debtor name __**Transit Physical Therapy PC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Bankers Healthcare Group, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Assets** | **$99,955.00** | **$2,700,328.00** |
| | **10234 W State Road 84**<br>**Davie, FL 33324**<br>Creditor's mailing address | Describe the lien<br>**[3rd] UCC-1**<br>Is the creditor an insider or related party? | | |
| | **sburke@bhg-inc.com**<br>Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**7/21/2022**<br>Last 4 digits of account number | ☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **0883**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Everest Business Funding**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Assets** | **$350,000.00** | **$2,700,328.00** |
| | **8200 NW 52 Terrace, Fl. 2**<br>**Miami, FL 33166**<br>Creditor's mailing address | Describe the lien<br>**[6th] UCC-1**<br>Is the creditor an insider or related party? | | |
| | **collectionsmgt@ev-bf.com**<br>Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**3/2023**<br>Last 4 digits of account number | ☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor  **Transit Physical Therapy PC**
<u>Name</u>  Case number (if known)

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Itria Ventures, LLC** | Describe debtor's property that is subject to a lien | $400,000.00 | $2,700,328.00 |
|---|---|---|---|---|

Creditor's Name

**One Penn Plaza, Suite 3101**
**New York, NY 10119**

Creditor's mailing address

**All Assets**

Describe the lien
**[4th] UCC-1**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**11/25/2022**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**5302**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

| 2.4 | **Seamless Capital Group LLC** | Describe debtor's property that is subject to a lien | $392,088.00 | $2,700,328.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Boris Yankovich, Esq.**
**17 State Street, Suite 4000**
**New York, NY 10004**

Creditor's mailing address

**All Assets**

Describe the lien
**[5th] UCC-1**
Is the creditor an insider or related party?

**avi@seamlesscapitalgroup.**
**com**

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**02/21/2022**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

| 2.5 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $2,066,231.00 | $2,700,328.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: So Cal Legal Unit**
**330 North Brand**
**Boulevard, Suite 12**
**Glendale, CA 91203-2304**

Creditor's mailing address

**All Assets**

Describe the lien

Debtor    **Transit Physical Therapy PC**
Name

**[2nd] UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**
☐ No
**4/7/2020**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**EIDL**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Small Business Administration** | | | |
|---|---|---|---|---|

**U.S. Small Business
Administration**
Creditor's Name
**Attn: So Cal Legal Unit
330 North Brand
Boulevard, Suite 12
Glendale, CA 91203-2304**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Assest**

$500,000.00    $2,700,328.00

Describe the lien
**[1st] UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
**12/06/2021**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**Diaster Relief**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **US Bank Equipment Finance** | | | |
|---|---|---|---|---|

**US Bank Equipment
Finance**
Creditor's Name
**1310 Madrid Street
Marshall, MN 56258**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3 leased MX-3571 Copiers**

$19,224.00    $3,000.00

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
**4/29/2021**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Transit Physical Therapy PC**                                    Case number (if known)
     Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,827,498.00 |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Banker's Healthcare Group LLC**<br>**Albert Crawford, Agent for Service**<br>**of process**<br>**10234 W. State Road 84**<br>**Davie, FL 33324** | Line **2.1** | |
| **BHG Financial**<br>**201 Solor Street**<br>**Syracuse, NY 13204** | Line **2.1** | |
| **Bizfund LLC**<br>**2371 MacDonald Ave 2nd Floor**<br>**Brooklyn, NY 11223** | Line **2.2** | |
| **CBE Office Solutions**<br>**Headquarters**<br>**c/o Yossi Carmil, CEO**<br>**2845 N. Omaha St.**<br>**Mesa, AZ 85215** | Line **2.7** | |
| **Everest Business Funding, LLC**<br>**NRAI SERVICES, INC., Agent for proc**<br>**1200 SOUTH PINE ISLAND ROAD**<br>**Plantation, FL 33324** | Line **2.2** | |
| **Everest Business Funding, LLC**<br>**8200 NW 52 TERRACE, STE. 200**<br>**Dora, FL 33166** | Line **2.2** | |
| **Itria Ventures LLC**<br>**Corporation Service Comapny, agent**<br>**for service of process**<br>**80 STATE STREET**<br>**Albany, NY 12207** | Line **2.3** | |
| **Seamless Capital Group LLC**<br>**2329 Nostrand Ave**<br>**Brooklyn, NY 11210** | Line **2.4** | |
| **Seamless Capital Group LLC**<br>**HAZAN, RAPHAEL, Agent for process**<br>**17560 ATLANTIC BLVD**<br>**APT 410 BUILDING #2**<br>**Sunny Isles Beach, FL 33160** | Line **2.4** | |

Debtor    **Transit Physical Therapy PC**    Case number (if known)
Name

**US Bank Equipment Finance**
**Corporate Office**    Line **2.7**
**4A Mason St**
**Irvine, CA 92618**

Fill in this information to identify the case:

Debtor name   **Transit Physical Therapy PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Archer, Orlando T**<br>**12414 4th St, Space 9**<br>**Yucaipa, CA 92399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$620.00** | **$620.00** |
| Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Bautista, Luis E**<br>**1676 Bryn Mawr Court**<br>**Colton, CA 92324** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,840.00** | **$1,840.00** |
| Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|

**Blue, Lauren C**
**10400 Arrow Route #V18**
**Rancho Cucamonga, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,160.00** | **$2,160.00** |
|---|---|---|---|---|

**Botros, Enas H**
**7249 Las Palmas Dr**
**Fontana, CA 92336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,040.00** | **$3,040.00** |
|---|---|---|---|---|

**Canlas, Justin**
**11571 Aberdare Street**
**Loma Linda, CA 92354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.00** | **$672.00** |
|---|---|---|---|---|

**Castaneda, Sheyla I**
**1140 Chestnut St**
**San Bernardino, CA 92410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**Castillo, Ashley**<br>**16748 Paine St**<br>**Fontana, CA 92336** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,360.00** | **$1,360.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Cervantes, Candice G**<br>**6688 Osbun Road**<br>**San Bernardino, CA 92404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,680.00** | **$160.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Chen, Hsien-Ying**<br>**6712 Homan Street**<br>**Chino, CA 91710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,600.00** | **$3,600.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Christiansen, Steven L**<br>**3782 Modesto Drive**<br>**San Bernardino, CA 92404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,640.00** | **$2,640.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Transit Physical Therapy PC**    Case number (if known)
       Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.00 | $462.00 |
|------|-----------|-----------|-----------|-----------|

**Conarroe, Vita L**
**14330 Quail Court**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,480.00 | $2,480.00 |
|------|-----------|-----------|-----------|-----------|

**Cooper, Lisa B**
**26200 Redlands Blvd, #13**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.00 | $864.00 |
|------|-----------|-----------|-----------|-----------|

**Cortez, Soriya D**
**1940 Pennsvania Ave**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 | $1,240.00 |
|------|-----------|-----------|-----------|-----------|

**De Gracia, Kurt Gregory B**
**11560 Pembroke Street**
**Loma Linda, CA 92354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address<br>**DeGuzman, Jr, Abraham A**<br>**11547 Pembroke Street**<br>**Loma Linda, CA 92354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,800.00** | **$2,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Downey, Tresa L**<br>**15920 Pomona Rincon Rd, #6004**<br>**Chino Hills, CA 91709** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,960.00** | **$2,960.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Duemer, Blake A**<br>**7860 Dufferin Avenue**<br>**Riverside, CA 92504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$832.00** | **$832.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Enciso, Alma R**<br>**843 South J Street**<br>**San Bernardino, CA 92410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,760.00** | **$1,760.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

**2.19**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.00 | $1,240.00 |
|---|---|---|---|
| **Farhoud, Danna T** | *Check all that apply.* | | |
| **2544 Shady Glen Lane** | ☐ Contingent | | |
| **San Bernardino, CA 92408** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $1,440.00 |
|---|---|---|---|
| **Fuertes, Ashley K** | *Check all that apply.* | | |
| **730 W Margarita Drive** | ☐ Contingent | | |
| **Rialto, CA 92376** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.00 | $1,280.00 |
|---|---|---|---|
| **Gaeta, Stephanie** | *Check all that apply.* | | |
| **1375 N Coral Tree Road** | ☐ Contingent | | |
| **Colton, CA 92324** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.22**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,520.00 | $1,520.00 |
|---|---|---|---|
| **Gaona, Ana M** | *Check all that apply.* | | |
| **589 E Van Koevering Street** | ☐ Contingent | | |
| **Rialto, CA 92376** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address **Garcia Tellez, Lourdes** **6001 Vista de Oro** **Riverside, CA 92509** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,440.00** | **$1,440.00** |

| | Date or dates debt was incurred **3/6/23 - 3/17/23** | Basis for the claim: **Pre-petition Wages** |

| | Last 4 digits of account number **6275** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.24 | Priority creditor's name and mailing address **Garcia, Luisa** **4074 Mirada Street** **Highland, CA 92346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,280.00** | **$1,280.00** |

| | Date or dates debt was incurred **3/6/23 - 3/17/23** | Basis for the claim: **Pre-petition Wages** |

| | Last 4 digits of account number **6275** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.25 | Priority creditor's name and mailing address **Godinez, Georgina** **934 West Mesa Drive** **Rialto, CA 92376** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,360.00** | **$1,360.00** |

| | Date or dates debt was incurred **3/6/23 - 3/17/23** | Basis for the claim: **Pre-petition Wages** |

| | Last 4 digits of account number **6275** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.26 | Priority creditor's name and mailing address **Gonzalez, Erick G** **11613 Old Field Ave** **Fontana, CA 92337** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,280.00** | **$1,280.00** |

| | Date or dates debt was incurred **3/6/23 - 3/17/23** | Basis for the claim: **Pre-petition Wages** |

| | Last 4 digits of account number **6275** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Transit Physical Therapy PC**                                      Case number (if known)
         Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,840.00** | **$1,840.00** |
|---|---|---|---|---|

**Gutierrez, Darlene C**
**7171 Tippecanoe Ave**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,440.00** | **$1,440.00** |
|---|---|---|---|---|

**Gutierrez, Marissa**
**1166 Via San Remo St**
**Redlands, CA 92374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,440.00** | **$1,440.00** |
|---|---|---|---|---|

**Gutierrez, Tanya**
**25835 Kuffel Road**
**Sun City, CA 92585**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|

**Harding, Brandonice R**
**1069 West Second St, Apt A**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Transit Physical Therapy PC**
_____   Case number (if known) _____
Name

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,441.60** | **$1,441.60** |
|---|---|---|---|---|

**Hernandez, Samantha**
**12792 Pacoima Road**
**Victorville, CA 92392**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,736.00** | **$2,736.00** |
|---|---|---|---|---|

**Howenstein, Briana R**
**25991 Newport Ave**
**Loma Linda, CA 92354**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,440.00** | **$1,440.00** |
|---|---|---|---|---|

**Ibarra, Christina M**
**1507 W Base Line St**
**San Bernardino, CA 92411**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,640.00** | **$2,640.00** |
|---|---|---|---|---|

**Jones-Lilley, Sheila R**
**4795 San Miguel Ave**
**San Bernardino, CA 92407**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Transit Physical Therapy PC** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address<br>**Khaleghifar, Mohammad**<br>**7779 Sweet Ranch Circle**<br>**Riverside, CA 92507** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,639.99** | **$4,639.99** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Letts, Miguel A**<br>**25590 Prospect Ave, #16F**<br>**Loma Linda, CA 92354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Lopez-Rosas, Cristina**<br>**1481 Oak Hill Court**<br>**Upland, CA 91784** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,680.00** | **$1,680.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Martin, Jeandra S**<br>**11272 San Juan Street Apt B**<br>**Loma Linda, CA 92354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,600.00** | **$3,600.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Transit Physical Therapy PC**
_____
Name                                                      Case number (if known)

---

**2.39**  Priority creditor's name and mailing address

**Mendoza Pina, Teresita**
**PO Box 3526**
**Big Bear Lake, CA 92315**

As of the petition filing date, the claim is:          **$1,840.00**   **$1,840.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.40**  Priority creditor's name and mailing address

**Mondragon Jimenez, Susana**
**3522 Vermont Street**
**San Bernardino, CA 92407**

As of the petition filing date, the claim is:          **$1,520.00**   **$1,520.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.41**  Priority creditor's name and mailing address

**Moreno, Amanda N**
**13983 Chagall Court, Apt 79**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:          **$1,600.00**   **$1,600.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.42**  Priority creditor's name and mailing address

**Moreno, Joanna**
**714 South Dallas Ave**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:          **$2,400.00**   **$2,400.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Debtor    **Transit Physical Therapy PC**    Case number (if known)
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.00** | **$1,360.00** |
|---|---|---|---|---|

**Munoz, Alondra C**
**1011 Western Avenue**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|

**Navarro, Jeanet E**
**7263 Fairfax Drive**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,520.00** | **$1,520.00** |
|---|---|---|---|---|

**Navarro, Josie S**
**7263 Fairfax Dr**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$1,280.00** |
|---|---|---|---|---|

**Nerey, Alexis S**
**15538 Saldana Court**
**Fontana, CA 92337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Transit Physical Therapy PC**                                          Case number (if known)
        Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,560.00 | $2,560.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Nillo, Ria**
**1555 Orange Ave, #506**
**Redlands, CA 92373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.00 | $3,600.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Odabe, Carolyn C**
**26491 Cornell Street**
**Loma Linda, CA 92354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,713.60 | $2,713.60 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Olloqui, Eric**
**2930 W Rialto Avenue Spc 32**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Ong, Justin Henry K**
**401 Santa Cruz Road**
**Arcadia, CA 91007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Transit Physical Therapy PC**                                Case number (if known)
      Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,840.00** | **$3,840.00** |
|------|---|---|---|---|

**Patterson, Paula J**
**8940 Hamilton Street**
**Rancho Cucamonga, CA 91701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,400.00** | **$2,400.00** |
|------|---|---|---|---|

**Perez, Charles**
**1833 Main Street**
**Riverside, CA 92501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.00** | **$1,360.00** |
|------|---|---|---|---|

**Perez, Rafael**
**2499 Baldrdge Canyon Dr**
**Highland, CA 92346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,000.00** | **$6,000.00** |
|------|---|---|---|---|

**Piromgraipakd, Elena J**
**10985 Satsuma Street**
**Loma Linda, CA 92354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Transit Physical Therapy PC** | Case number (if known) | | |
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,000.00** | **$7,000.00** |
| | **Piromgraipakd, Mitree M** | Check all that apply. | | |
| | **10985 Satsuma Street** | ☐ Contingent | | |
| | **Loma Linda, CA 92354** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: | | |
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** | | |

| | Last 4 digits of account number **6275** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,560.00** | **$2,560.00** |
| | **Ramirez, Jenny** | Check all that apply. | | |
| | **723 N Lassen** | ☐ Contingent | | |
| | **San Bernardino, CA 92410** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: | | |
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** | | |

| | Last 4 digits of account number **6275** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,560.00** | **$1,560.00** |
| | **Rodriguez Bernal, Estephanie** | Check all that apply. | | |
| | **16160 Orange Court** | ☐ Contingent | | |
| | **Fontana, CA 92335** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: | | |
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** | | |

| | Last 4 digits of account number **6275** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.00** | **$1,200.00** |
| | **Rodriguez, Erick R** | Check all that apply. | | |
| | **1555 Orange Ave, Unit 305** | ☐ Contingent | | |
| | **Redlands, CA 92373** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: | | |
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** | | |

| | Last 4 digits of account number **6275** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address<br>**Rolle-Roda, Michelle Mendiola**<br>**1432 Red Bird Court**<br>**Redlands, CA 92374** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$880.00** | **$880.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address<br>**Sison, Stephanie S**<br>**4250 Hale Street**<br>**Riverside, CA 92501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$832.00** | **$832.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address<br>**Siu, Michelle K**<br>**19930 E Country Hollow Dr**<br>**Walnut, CA 91789** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$768.00** | **$768.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address<br>**Stock, Allyson K**<br>**1400 Barton Rd, Apt #2710**<br>**Redlands, CA 92373** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,360.00** | **$3,360.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/6/23 - 3/17/23** | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number **6275**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.00 | $1,280.00 |
|---|---|---|---|---|
| | **Sun, Carrian** | *Check all that apply.* | | |
| | **727 E Lavendar Way** | ☐ Contingent | | |
| | **Azusa, CA 91702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** |

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|
| | **Tomasello, Tammie J** | *Check all that apply.* | | |
| | **PO Box 2304** | ☐ Contingent | | |
| | **Crestline, CA 92325** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** |

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,180.00 | $3,180.00 |
|---|---|---|---|---|
| | **Toole, Chelsea A** | *Check all that apply.* | | |
| | **18345 Evening Primrose Lane** | ☐ Contingent | | |
| | **San Bernardino, CA 92407** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** |

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,520.00 | $1,520.00 |
|---|---|---|---|---|
| | **Toscano, Marlyn** | *Check all that apply.* | | |
| | **1128 W Victoria Street** | ☐ Contingent | | |
| | **San Bernardino, CA 92411** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **3/6/23 - 3/17/23** | **Pre-petition Wages** |

Last 4 digits of account number **6275**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**2.67** Priority creditor's name and mailing address
**Tse, Wai Lan**
**14748 Moon Crest Ln, Unit C**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,100.00**    **$2,100.00**

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.68** Priority creditor's name and mailing address
**Uribe, Sarai E**
**35524 Penrose Lane**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$620.00**    **$620.00**

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.69** Priority creditor's name and mailing address
**Ye-Cao, Kevin J**
**3117 Adelia Ave, Apt # 28**
**South El Monte, CA 91733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,360.00**    **$1,360.00**

Date or dates debt was incurred
**3/6/23 - 3/17/23**

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number **6275**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,705.00**

Date(s) debt was incurred **2022**

Basis for the claim: **Credit Card**

Last 4 digits of account number **5461**

Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,673.00**

Date(s) debt was incurred **2022**

Basis for the claim: **Credit Card**

Last 4 digits of account number **7384**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Transit Physical Therapy PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|
| | **U.S. Small Business Administration** | ☐ Contingent | |
| | **Attn: So Cal Legal Unit** | ☐ Unliquidated | |
| | **330 North Brand Boulevard, Suite 12** | ☐ Disputed | |
| | **Glendale, CA 91203-2304** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Civil Unrest Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 137,361.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 182,378.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 319,739.19 |

**Fill in this information to identify the case:**

Debtor name    **Transit Physical Therapy PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Riverside Lantham Street Lease - Expired on November 1, 2021 (Non-Opperational) | |
|---|---|---|---|
| | State the term remaining | Month to Month | 1902 Orange Tree Lane, LLC |
| | List the contract number of any government contract | | 225 West Hospitality Ln., Ste 315 San Bernardino, CA 92408 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Loma Linda Lease - 5 Year Lease commencing 6/1/2022 and ending 5/31/2027 | |
|---|---|---|---|
| | State the term remaining | Aprox. 4 years, 3 months | 25915 Barton Road, LLC |
| | List the contract number of any government contract | | 25805 BARTON ROAD, Ste A106 Loma Linda, CA 92354 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Riverside Market Street Lease - Commencing June 3, 2022 and ending on December 31, 2029 | |
|---|---|---|---|
| | State the term remaining | Aprox. 6 years, 9 months | ATLAS 999, LLC |
| | List the contract number of any government contract | | 468 S HUMANE WAY Pomona, CA 91766 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | West Covina Lease - Commencing on June 1, 2021 and ending on September 30, 2028 | |
|---|---|---|---|
| | State the term remaining | Aprox. 4 years, 6 months | Barranca Tower, LLC Barranca Tower |
| | List the contract number of any government contract | | 100 North Barranca Street, Ste 200 West Covina, CA 91791 |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

Debtor 1 **Transit Physical Therapy PC**

First Name         Middle Name              Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Fontana Lease - Term begins 7 months after Landlord completes work and ends on the last day of the 120th month.** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CMK2 Fontana, LLC**<br>**ONE TOWN CENTER ROAD, SUITE 300**<br>**Boca Raton, FL 33486** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **San Bernardino Lease-Commencing on August 1, 2019 and ending on July 31, 2024 Services five different areas of therapy in Suites 100 (divided into 2 offices), 102, 103, and 313.** | |
|------|------|------|------|
| | State the term remaining | **Aprox. 1 year, 4 months** | |
| | List the contract number of any government contract | | **Hospitality Executive Center, LLC**<br>**100 N. BARRANCA STREET, SUITE 200**<br>**West Covina, CA 91791** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Rialto Lease - 10 year lease beginning November 1, 2018** | |
|------|------|------|------|
| | State the term remaining | **Aprox 5 years, 8 months** | **Rialto Building Partners, LLC**<br>**St. Bernardines Medical Plaza** |
| | List the contract number of any government contract | | **30242 ESPERANZA**<br>**Rancho Santa Margarita, CA 92688** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3 MX-3571 Copiers - comencing April 2021 ending July 2026** | |
|------|------|------|------|
| | State the term remaining | **Aprox. 3 years, 4 months** | **US Bank Equipment Finance** |
| | List the contract number of any government contract | | **1310 Madrid Street**<br>**Marshall, MN 56258** |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Transit Physical Therapy PC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**　　Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Mitree M Piromgraipakd D/B/A Remnan** | **2270 South Cordillera Ave Colton, CA 92324** | **Seamless Capital Group LLC** | ■ D  2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Bankers Healthcare Group, LLC** | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Itria Ventures, LLC** | ■ D  2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Seamless Capital Group LLC** | ■ D  2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Bank of America** | ☐ D _____ <br> ■ E/F  3.1 <br> ☐ G _____ |

Debtor   **Transit Physical Therapy PC**                              Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| 2.6 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Bank of America** | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
|---|---|---|---|---|
| 2.7 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **Everest Business Funding** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **U.S. Small Business Administration** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Mitree Michael Piromgraipakd** | **10985 Satsuma Street Loma Linda, CA 92354** | **U.S. Small Business Administration** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Transit Physical Therapy PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $1,014,098.00 |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $3,262,319.00 |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $2,084,109.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Transit Physical Therapy PC**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bank of America**<br>PO Box 660441<br>Dallas, TX 75266-0441 | 2/24/2023 | $37,913.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Bank of America**<br>PO Box 660441<br>Dallas, TX 75266-0441 | 2/24/2023 | $23,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Bankers Healthcare Group, LLC**<br>10234 W State Road 84<br>Fort Lauderdale, FL 33324 | 12/6/22<br>$2492<br>1/6/23 $2492 | $4,948.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Itria Ventures, LLC**<br>One Penn Plaza, Suite 3101<br>New York, NY 10119 | 12/5/22<br>$7111<br>12/12/22<br>$7111<br>12/19/22<br>$7111<br>12/23/22<br>$7111<br>12/30/22<br>$7111<br>1/9/23 $7111<br>1/30/23<br>$7111<br>2/13/23<br>$7111 | $56,888.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Seamless Capital Group LLC**<br>c/o Boris Yankovich, Esq.<br>17 State Street, Suite 4000<br>New York, NY 10004 | 2/22/23<br>$4997 | $4,997.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Seamless Capital Group LLC**<br>**v Transit Physical Therapy PC**<br>**et al**<br>**704437/2023** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**Queens County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **THE TUROCI FIRM** **3845 Tenth Street** **Riverside, CA 92501** | | 03/02/2023 | $100,000.00 |
| **Email or website address** **mail@theturocifirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐    No. Go to Part 9.
■    Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   **Transit Physical Therapy PC** **25915 Barton Road, Suite 204** **Loma Linda, CA** | **Physical Therapy** | |
| | **Location where patient records are maintained** (if different from | **How are records kept?** |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | facility address). If electronic, identify any service provider. **OptimisPT** | _Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |
| 15.2.  **Transit Physical Therapy PC 17051 Sierra Lakes Parkway Fontana, CA 92366** | **Physical Therapy** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **OptimisPT** | How are records kept?<br>_Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |
| 15.3.  **Transit Physical Therapy PC 1850 N. Riverside Ave. Rialto, CA** | **Physical Therapy** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **OptimisPT** | How are records kept?<br>_Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |
| 15.4.  **Transit Physical Therapy PC 2280 Market Street, Suite 230 Riverside, CA 92501** | **Physical Therapy** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **OptimisPT** | How are records kept?<br>_Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |
| 15.5.  **Transit Physical Therapy PC 275 W. Hospitality Lane Suites 100, 102, & 103** | **Physical Therapy** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **OptimisPT** | How are records kept?<br>_Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |
| 15.6.  **Transit Physical Therapy PC 100 North Barranca Street West Covina, CA 91791** | **Physical Therapy** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **OptimisPT** | How are records kept?<br>_Check all that apply:_ |
| | | ■ Electronically<br>☐ Paper |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | XXXX-5883 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Business Checking Account** Closed on or about 02/23/2023 | **$194,068.72** |
| 18.2. | **Bank of America** | XXXX-6964 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Business Checking Account was** Closed on or about 3/16/2023. **Balance transferred to account ending 2326** | **$15,482.17** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **Transit Physical Therapy PC**　　　　　　　Case number *(if known)* ＿＿＿＿＿＿＿＿＿

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Denise Champion** 229 Cajon Street Redlands, CA 92375 | **Current** |
| 26a.2. | **Steve Workman** 29405 San Timoteo Canyon Rd Redlands, CA | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mitree Michael Piromgraipakd | 10985 Satsuma Street Loma Linda, CA 92354 | President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| . | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Mitree Michael Piromgraipakd<br>10985 Satsuma Street<br>Loma Linda, CA 92354 | W-2 gross bi-weekly income $7,000 per pay period | 2/2022 through 3/2023 | Employee Salary |
| Relationship to debtor<br>President | | | |
| 30.2 Elena Piromgraipakd<br>10985 Satsuma Street<br>Loma Linda, CA 92354 | W-2 gross bi-weekly income $6,000 per pay period | 2/2022 through 3/2023 | Employee Salary |
| Relationship to debtor<br>Spouse of President | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation.

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the pension fund

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3/10/23

Signature of individual signing on behalf of the debtor     Mitree Michael Piromgraipakd
                                                             Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re  **Transit Physical Therapy PC**

_____
Debtor(s)

Case No.  _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................    $ _____ **As Billed**

   Prior to the filing of this statement I have received **(including filing fee)** .............    $ _____ **100,000.00**

   Balance Due .......................................................................................................    $ _____ **As Billed**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/20/2023
_____
_Date_

_____
**Todd Turoci 160059**
_Signature of Attorney_
**THE TUROCI FIRM**
**3845 Tenth Street**
**Riverside, CA 92501**
**(888) 332-8362  Fax: (866) 762-0618**
**mail@theturocifirm.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd Turoci 160059<br>3845 Tenth Street<br>Riverside, CA 92501<br>(888) 332-8362 Fax: (866) 762-0618<br>California State Bar Number: 160059 CA<br>mail@theturocifirm.com | |

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Transit Physical Therapy PC**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __3/20/2023__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    **F 1007-1.MAILING.LIST.VERIFICATION**

Transit Physical Therapy PC
275 West Hospitality Lane, Suite 103
San Bernardino, CA 92408


1902 Orange Tree Lane, LLC
225 West Hospitality Ln., Ste 315
San Bernardino, CA 92408


25915 Barton Road, LLC
25805 BARTON ROAD, Ste A106
Loma Linda, CA 92354


Archer, Orlando T
12414 4th St, Space 9
Yucaipa, CA 92399


ATLAS 999, LLC
468 S HUMANE WAY
Pomona, CA 91766


Bank of America
PO Box 660441
Dallas, TX 75266-0441


Banker's Healthcare Group LLC
Albert Crawford, Agent for Service
of process
10234 W. State Road 84
Davie, FL 33324


Bankers Healthcare Group, LLC
10234 W State Road 84
Davie, FL 33324

Barranca Tower, LLC
Barranca Tower
100 North Barranca Street, Ste 200
West Covina, CA 91791


Bautista, Luis E
1676 Bryn Mawr Court
Colton, CA 92324


BHG Financial
201 Solor Street
Syracuse, NY 13204


Bizfund LLC
2371 MacDonald Ave 2nd Floor
Brooklyn, NY 11223


Blue, Lauren C
10400 Arrow Route #V18
Rancho Cucamonga, CA 91730


Botros, Enas H
7249 Las Palmas Dr
Fontana, CA 92336


Canlas, Justin
11571 Aberdare Street
Loma Linda, CA 92354


Castaneda, Sheyla I
1140 Chestnut St
San Bernardino, CA 92410

Castillo, Ashley
16748 Paine St
Fontana, CA 92336


CBE Office Solutions
Headquarters
c/o Yossi Carmil, CEO
2845 N. Omaha St.
Mesa, AZ 85215


Cervantes, Candice G
6688 Osbun Road
San Bernardino, CA 92404


Chen, Hsien-Ying
6712 Homan Street
Chino, CA 91710


Christiansen, Steven L
3782 Modesto Drive
San Bernardino, CA 92404


CMK2 Fontana, LLC
ONE TOWN CENTER ROAD, SUITE 300
Boca Raton, FL 33486


Conarroe, Vita L
14330 Quail Court
Fontana, CA 92336


Cooper, Lisa B
26200 Redlands Blvd, #13
Redlands, CA 92373

Cortez, Soriya D
1940 Pennsvania Ave
Colton, CA 92324


De Gracia, Kurt Gregory B
11560 Pembroke Street
Loma Linda, CA 92354


DeGuzman, Jr, Abraham A
11547 Pembroke Street
Loma Linda, CA 92354


Downey, Tresa L
15920 Pomona Rincon Rd, #6004
Chino Hills, CA 91709


Duemer, Blake A
7860 Dufferin Avenue
Riverside, CA 92504


Enciso, Alma R
843 South J Street
San Bernardino, CA 92410


Everest Business Funding
8200 NW 52 Terrace, Fl. 2
Miami, FL 33166


Everest Business Funding, LLC
NRAI SERVICES, INC., Agent for proc
1200 SOUTH PINE ISLAND ROAD
Plantation, FL 33324

Everest Business Funding, LLC
8200 NW 52 TERRACE, STE. 200
Dora, FL 33166

Farhoud, Danna T
2544 Shady Glen Lane
San Bernardino, CA 92408

Fuertes, Ashley K
730 W Margarita Drive
Rialto, CA 92376

Gaeta, Stephanie
1375 N Coral Tree Road
Colton, CA 92324

Gaona, Ana M
589 E Van Koevering Street
Rialto, CA 92376

Garcia Tellez, Lourdes
6001 Vista de Oro
Riverside, CA 92509

Garcia, Luisa
4074 Mirada Street
Highland, CA 92346

Godinez, Georgina
934 West Mesa Drive
Rialto, CA 92376

Gonzalez, Erick G
11613 Old Field Ave
Fontana, CA 92337


Gutierrez, Darlene C
7171 Tippecanoe Ave
San Bernardino, CA 92404


Gutierrez, Marissa
1166 Via San Remo St
Redlands, CA 92374


Gutierrez, Tanya
25835 Kuffel Road
Sun City, CA 92585


Harding, Brandonice R
1069 West Second St, Apt A
Rialto, CA 92376


Hernandez, Samantha
12792 Pacoima Road
Victorville, CA 92392


Hospitality Executive Center, LLC
100 N. BARRANCA STREET, SUITE 200
West Covina, CA 91791


Howenstein, Briana M
25991 Newport Ave
Loma Linda, CA 92354

Ibarra, Christina M
1507 W Base Line St
San Bernardino, CA 92411


Itria Ventures LLC
Corporation Service Comapny, agent
for service of process
80 STATE STREET
Albany, NY 12207


Itria Ventures, LLC
One Penn Plaza, Suite 3101
New York, NY 10119


Jones-Lilley, Sheila R
4795 San Miguel Ave
San Bernardino, CA 92407


Khaleghifar, Mohammad
7779 Sweet Ranch Circle
Riverside, CA 92507


Letts, Miguel A
25590 Prospect Ave, #16F
Loma Linda, CA 92354


Lopez-Rosas, Cristina
1481 Oak Hill Court
Upland, CA 91784


Martin, Jeandra S
11272 San Juan Street Apt B
Loma Linda, CA 92354

Mendoza Pina, Teresita
PO Box 3526
Big Bear Lake, CA 92315


Mondragon Jimenez, Susana
3522 Vermont Street
San Bernardino, CA 92407


Moreno, Amanda N
13983 Chagall Court, Apt 79
Moreno Valley, CA 92553


Moreno, Joanna
714 South Dallas Ave
San Bernardino, CA 92410


Munoz, Alondra C
1011 Western Avenue
Colton, CA 92324


Navarro, Jeanet E
7263 Fairfax Drive
San Bernardino, CA 92404


Navarro, Josie S
7263 Fairfax Dr
San Bernardino, CA 92404


Nerey, Alexis S
15538 Saldana Court
Fontana, CA 92337

Nillo, Ria
1555 Orange Ave, #506
Redlands, CA 92373


Odabe, Carolyn C
26491 Cornell Street
Loma Linda, CA 92354


Olloqui, Eric
2930 W Rialto Avenue Spc 32
Rialto, CA 92376


Ong, Justin Henry K
401 Santa Cruz Road
Arcadia, CA 91007


Patterson, Paula J
8940 Hamilton Street
Rancho Cucamonga, CA 91701


Perez, Charles
1833 Main Street
Riverside, CA 92501


Perez, Rafael
2499 Baldrdge Canyon Dr
Highland, CA 92346


Piromgraipakd, Elena J
10985 Satsuma Street
Loma Linda, CA 92354

Piromgraipakd, Mitree M
10985 Satsuma Street
Loma Linda, CA 92354


Ramirez, Jenny
723 N Lassen
San Bernardino, CA 92410


Rialto Building Partners, LLC
St. Bernardines Medical Plaza
30242 ESPERANZA
Rancho Santa Margarita, CA 92688


Rodriguez Bernal, Estephanie
16160 Orange Court
Fontana, CA 92335


Rodriguez, Erick R
1555 Orange Ave, Unit 305
Redlands, CA 92373


Rolle-Roda, Michelle Mendiola
1432 Red Bird Court
Redlands, CA 92374


Seamless Capital Group LLC
c/o Boris Yankovich, Esq.
17 State Street, Suite 4000
New York, NY 10004


Seamless Capital Group LLC
2329 Nostrand Ave
Brooklyn, NY 11210

Seamless Capital Group LLC
HAZAN, RAPHAEL, Agent for process
17560 ATLANTIC BLVD
APT 410 BUILDING #2
Sunny Isles Beach, FL 33160


Sison, Stephanie S
4250 Hale Street
Riverside, CA 92501


Siu, Michelle K
19930 E Country Hollow Dr
Walnut, CA 91789


Stock, Allyson K
1400 Barton Rd, Apt #2710
Redlands, CA 92373


Sun, Carrian
727 E Lavendar Way
Azusa, CA 91702


Tomasello, Tammie J
PO Box 2304
Crestline, CA 92325


Toole, Chelsea A
18345 Evening Primrose Lane
San Bernardino, CA 92407


Toscano, Marlyn
1128 W Victoria Street
San Bernardino, CA 92411

Tse, Wai Lan
14748 Moon Crest Ln, Unit C
Chino Hills, CA 91709


U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 12
Glendale, CA 91203-2304


Uribe, Sarai E
35524 Penrose Lane
Yucaipa, CA 92399


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


US Bank Equipment Finance
Corporate Office
4A Mason St
Irvine, CA 92618


Ye-Cao, Kevin J
3117 Adelia Ave, Apt # 28
South El Monte, CA 91733